

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00219-CV

Thomas A. **LAMONT**, L.O.G. Energy Development, Ltd.,
Rosendo A. Carranco, and Montecristo Energy II, Ltd.,
Appellants

v.

**VAQUILLAS ENERGY LOPENO LTD., LLP** and
JOB Energy Partners II, Ltd.,
Appellees

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2008-CVF000353D1
Honorable Jose A. Lopez, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE ALVAREZ, AND JUSTICE CHAPA

We withdraw our opinion and judgment dated September 18, 2013, and substitute this opinion and judgment in their place. In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. Costs of this appeal are taxed against Appellants Thomas A. Lamont, L.O.G. Energy Development, Ltd., Rosendo A. Carranco, and Montecristo Energy II, Ltd.

SIGNED December 11, 2013.

_____
Patricia O. Alvarez, Justice